**Order entered June 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00230-CR
### No. 05-18-00231-CR

**ILONA ELISABETH SCHEEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-76584-W, F14-76585-W**

## ORDER

Before the Court is appellant's June 6, 2018 first motion for extension of time to file her brief. We **GRANT IN PART** the motion and **ORDER** appellant's brief filed **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE